# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICKY LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:09-cv-02393-KJD-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| HOWARD SKOLNIK, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff Ricky Lewis' Motion to Extend Prison Copywork Limit (#24), filed February 25, 2011.

A Petitioner does not have a right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991); *Sands v. Lewis*, 886 F.2d 1166, 1169 (9th Cir.1989) (stating "numerous courts have rejected any constitutional right to free and unlimited photocopying"). Pursuant to Administrative Regulations 722, "inmates can only accrue a maximum of $100.00 debt for copy work expenses." In the present motion, Plaintiff states that he has exceeded his prison copy limit and requests that the Court order the Nevada Department of Correction to increase his copy work limit. (*Id.*)

A court may order a prison to provide additional photocopying when the petitioner demonstrates that an increase is necessary for an inmate to provide copies to the court and other parties. Plaintiff has failed to demonstrate in the present motion that an increase is necessary. There is no indication that petitioner's prisoner account has insufficient funds for petitioner to replenish his copy work limit. In addition, Nevada prisons provide inmates with carbon paper to enable inmates to reproduce writings without the use of photocopies. Accordingly,

. . .

1    **IT IS HEREBY ORDERED** that Plaintiff Ricky Lewis' Motion to Extend Prison
2 Copywork Limit (#24) is **denied**.
3    DATED this 8th day of March, 2011.

```
                                   _____
                                   GEORGE FOLEY, JR.
                                   United States Magistrate Judge
```