# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICKY LEWIS, | ) | |
| Plaintiff, | ) | Case No. 2:09-cv-02393-APG-GWF |
| vs. | ) | **ORDER** |
| HOWARD SKOLNIK, *et al.*, | ) | Motion for Enlargement of Time (#69) |
| Defendants. | ) | |

This matter comes before the Court on Defendants' Motion for Enlargement of Time to File Proposed Joint Pretrial Order ("JPO") (#69), filed on April 19, 2013. The JPO was due on or before April 22, 2013. *See Pretrial Notice Order, Doc. #59*. The parties were also ordered to meet and confer regarding the JPO. *Id*. Defendants represent that due to staffing issues at the Attorney General's Office, Defendants have been unable to confer with Plaintiff. Defendants now request an additional 30 days to file the JPO. Applications to extend any date set by a discovery plan must be supported by a showing of good cause. *See LR 26-4*. The Defendants have established good cause for an extension of time to file the JPO. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Enlargement of Time to File Proposed Pretrial Order (#69) is **granted**.

**IT IS FURTHER ORDERED** that the parties shall file a Proposed Joint Pretrial Order no later than **May 22, 2013**.

DATED this 1st day of May, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge